**Opinion filed October 13, 2011**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00189-CV

_____

## RICKY DAVILA, SR., Appellant

## V.

## SYLVIA DAVILA, Appellee

**On Appeal from the 32nd District Court**

**Mitchell County, Texas**

**Trial Court Cause No. 15,893**

## MEMORANDUM OPINION

This is an appeal from a final decree of divorce signed on June 9, 2010. Appellant, Ricky Davila, Sr., timely filed a notice of appeal. However, neither a clerk's record nor a reporter's record has been filed, and no filing fee has been paid. We dismiss the appeal for want of prosecution.

The clerk of the trial court notified this court that appellant has neither filed a written designation specifying the matters to be included in the clerk's record nor made arrangements to pay for the clerk's record. Additionally, the court reporter notified this court that appellant has

not made arrangements to pay for the reporter's record. On August 10, 2011, the clerk of this court wrote appellant and requested that he forward proof that he has filed a designation of the clerk's record and made arrangements to pay for the clerk's record and reporter's record by August 19, 2011. In the letter of August 10, 2011, the clerk also informed appellant that the failure to provide the requested proof by the date indicated could result in the dismissal of this appeal. Additionally, the clerk's letter of August 10, 2011, informed appellant that the failure to pay the required filing fee by August 19, 2011, could result in the dismissal of this appeal. Appellant has not responded to the clerk's letter of August 10, 2011.

The failure to file the clerk's record and reporter's record and to pay the required filing fee appears to be due to appellant's acts and omissions. Therefore, pursuant to TEX. R. APP. P. 37.3(b) and 42.3(b), the appeal is dismissed for want of prosecution.

PER CURIAM

October 13, 2011

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.